**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Thomas Allen Filo
Cox, Cox, & Filo
723 Broad Street
Lake Charles LA 70601

John Stanton Bradford
Stockwell, Sievert, Viccellio
P. O. Box 2900
Lake Charles LA 70602

**REHEARING ACTION: March 12, 2008**

**Docket Number: 07   01159-WCA consolidated with 1,282-WCA**

**DR. FAYEZ K. SHAMIEH (RUDOLPH JACKSON)**
**VERSUS**
**LIQUID TRANSPORT CORP., ET AL.**

**Appealed from Office of Workers' Compensation - # 3 Case No. 05-04552**

**BEFORE JUDGES:**

**Hon. Glenn B. Gremillion**
**Hon. Elizabeth A. Pickett**
**Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dr. Fayez K. Shamieh** has this day been

**DENIED.**

cc: Judy Y. Barrasso, Amicus Counsel
    Edward R. Wicker Jr. Esq., Amicus Counsel
    Stephen L. Miles, Amicus Counsel
    Henry Clay Ward  III, Counsel for the Appellant